KEVIN KING *v.* RICKY GUILIANI

Gregory Thompson's petition for certification for appeal from the Appellate Court (AC 12988) is denied.

*William F. Gallagher* and *Cynthia C. Bott,* in support of the petition.

*John E. Tener* and *Linda L. Morkan,* in opposition.

Decided April 28, 1994

STATE OF CONNECTICUT *v.* TYRONE SAILOR

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 409 (AC 11681), is denied.

*F. Mac Buckley,* in support of the petition.

*Angela Macchiarulo,* deputy assistant state's attorney, in opposition.

Decided April 28, 1994

STATE OF CONNECTICUT *v.* STEVEN CORREIA

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 457 (AC 12840), is denied.

*Francis T. Mandanici,* assistant public defender, in support of the petition.

Decided April 28, 1994